IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BENJAMIN EUGENE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:09-CV-1176-IPJ-RRA |
| ) | |
| CITY OF GUNTERSVILLE, et al., ) | |
| ) | |
| Defendants. ) | |

## Memorandum Opinion

On April 11, 2012, the magistrate judge conducted an evidentiary hearing in this matter. Thereafter, on May 23, 2012, he issued a report and recommendation in which he made findings of fact specially, and stated his conclusions of law separately.  (Doc. 7.)[1]  He then recommended that "judgment be entered in favor of the defendant, Phillip Smith, and against the plaintiff, Benjamin Eugene Williams, with costs taxed to Williams."  (Doc. 72, p. 4.)  The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report, including his findings of fact and conclusions of law, is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  A final order will be entered.

DONE this 20th day of June 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 52(a).